MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Association; CTC REAL ESTATE SERVICES, a Foreign Corporation; CITIBANK (WEST), FSB, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.:   2:13-cv-00682-GMN-PAL<br><br>**JOINT MOTION TO SUBSTITUTE PARTY-DEFENDANT** |

Plaintiff KAL-MOR-USA, LLC (**KAL-MOR**), and its counsel, Jason Martinez, Esq. of WEIL & DRAGE, together with Bank of America, N.A. (**BANA**), and its counsel Melanie D. Morgan, Esq. and of the law firm of AKERMAN LLP, move this Court for an order substituting U.S. Bank, National Association (**U.S. Bank**) as party-defendant in the place of BANA. In support, US. Bank and BANA state:

{35901217;1}

1. Effective February 14, 2013, BANA assigned its right, title and interest in the deed of trust at issue in the instant case to U.S. Bank, pursuant to an Assignment of Deed of Trust (**Assignment**) recorded in the Office of the Clark County Recorder as Instrument 201302010000394. A copy of the Assignment is attached as **Exhibit A**.

2. Based on the foregoing, U.S. Bank, as assignee from BANA, is now the owner and holder of the deed of trust at issue in the instant action and is therefore the real party in interest. As a result, U. S. Bank should be substituted for BANA as party-defendant.

3. As a result of the substitution of party-defendant, the case caption should be amended to read: KAL-MOR-USA, LLC, a Nevada limited liability company, Plaintiff, and U.S. Bank, National Association, Defendant.

4. No prejudice will result from the granting of this joint motion.

…
…
…
…
…
…
…
…
…
…
…
…
…
…

{35901217;1}    2

Plaintiff KAL-MOR and its counsel, Jason Martinez, Esq. of WEIL & DRAGE, and Defendant BANA and its counsel, Melanie D. Morgan, Esq. of Akerman LLP respectfully request this Court enter an order substituting U.S. Bank as party-defendant in the place of BANA and grant any other relief this Court deems just and proper.

DATED this 18th day of August, 2015                          DATED this 18th day of August, 2015.

**AKERMAN LLP**                                                                    **WEIL & DRAGE, APC**

/s/ *Melanie D. Morgan*_____        /s/ *Jason Martinez*_____
MELANIE D. MORGAN, ESQ.                              NEIL B. DURRANT, ESQ.
Nevada Bar No. 8215                                           Nevada Bar No. 7324
ALLISON R. SCHMIDT, ESQ.                            JASON MARTINEZ, ESQ.
Nevada Bar No. 10743                                          Nevada Bar No. 13375
1160 Town Center Drive, Suite 330                     C. ROBERT PETERSON, ESQ.
Las Vegas, Nevada 89144                                    Nevada Bar No. 11680
                                                                               2500 Anthem Village Drive
*Attorneys for [proposed] Defendant U.S. Bank,*    Henderson, Nevada 89052
*National Association*

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE PEGGY LEEN

DATED: August 18, 2015

{35901217;1}                                                             3