NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company, | Case No.: 2:13-cv-00682-GMN-PAL |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR REPRESENTATIVE'S EXCEPTION TO ATTENDANCE REQUIREMENTS OF SETTLEMENT CONFERENCE** |
| vs. | |
| U.S. BANK, National Association; CTC REAL ESTATE SERVICES, a Foreign Corporation; CITIBANK (WEST), FSB, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

Plaintiff, Kal-Mor-USA, LLC ("Plaintiff"), by and through its counsel of record, Neil B. Durrant, Esq., C. Robert Peterson, Esq., and Jason G. Martinez, Esq., of the law firm of Weil & Drage, APC, hereby submits its Request for Representative's Exception to Attendance Requirements of the Settlement Conference currently scheduled for February 26, 2016 at 9:30 a.m.

Plaintiff's Representative is located in Canada and has conflicts in scheduling which makes personal appearance difficult.  However, **this is not a request to reschedule the settlement conference**.  Specifically, Plaintiff's Representative simply wishes to appear telephonically as a

{00960615;1}                               Page 1 of 3

matter of convenience and as a courtesy.  Plaintiff's Representative has been present for other appearances in Nevada related to HOA Foreclosure litigation and has previously appeared before Magistrate Judge Leen for a settlement conference in separate matter.  Furthermore, Plaintiff's counsel has discussed this Request with counsel for Defendant U.S. Bank, N.A. and the Bank's counsel expressed their consent to the Request.

DATED this 19th day of February, 2016.

WEIL & DRAGE, APC

/s/ *Jason G. Martinez*
By: _____
NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
2500 Anthem Village Drive
Henderson, NV 89052
Attorneys for Plaintiff

IT IS SO ORDERED this 22nd day of February, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2016, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR REPRESENTATIVE'S EXCEPTION FROM ATTENDANCE REQUIREMENTS OF SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all parties listed on the service list.

Melanie D. Morgan, Esq.
melanie.morgan@akerman.com
Christine M. Parvan, Esq.
christine.parvan@akerman.com
AKERMAN LLP
Attorneys for Defendant,
U.S. BANK, N.A.

/s/ *Joanna Medina*
_____
Joanna Medina, an Employee of
WEIL & DRAGE, APC

{00960615;1}                                     Page 3 of 3